■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL HENDERSON, Appellant. — Judgment, Supreme Court, Bronx County (John Reilly, J.), rendered on October 2, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which

could be raised on this appeal. Concur — Sullivan, J. P., Ross, Carro, Silverman and Lynch, JJ.